Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

Northern, District    for the

District of    New York

Division

Valerie Flores

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Tiffany Topp & her hispanic male &boyfriend/husband, Qhivella Harris, Roberto Perez, ~~[crossed out]~~ David Flores (Iowa)

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    1:26-CV-0056 (AMN/TWD)

(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Valerie Flores |
| Street Address | PO Box 1110 ACP 5749 |
| City and County | Albany (Albany) |
| State and Zip Code | NY 12201 |
| Telephone Number | 838-265-4961 |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

Name — Tiffany Topp & her hispanic male husband *(boyfriend)*

Job or Title *(if known)*

Street Address — unknown

City and County — MO, IL, WI?

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Qhivetta Harris

Job or Title *(if known)*

Street Address

City and County

State and Zip Code — WI, NJ?

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — Roberto Perez & Leann Perez

Job or Title *(if known)*

Street Address

City and County

State and Zip Code — WI, NJ?

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — Christian Garcia or Maldonado? David Flores (Iowa)

Job or Title *(if known)*

Street Address

City and County

State and Zip Code — IA?

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Fraud, theft by fraud, stalking & harrassment by Tiffany Topp & her boyfriend/husband, possible fraud & theft by fraud by Shivetta Harris & Roberto Perez & Leann Perez, possible fraud & identity theft & stalking

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

to Vagabond Inn hotel in Bakersfield, CA (March 2024) by David Flores (IA resident)

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Valene Flores , is a citizen of the State of *(name)* New York .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A and has its principal place of business in the State of *(name)* N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
male hispanic
The defendant, *(name)* Tiffany Topp & her boyfriend/husband , is a citizen of the State of *(name)* WI, IL, MO? . Or is a citizen of *(foreign nation)* ?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

The defendant, *(name)* _____ N/A _____, is incorporated under

the laws of the State of *(name)* _____ N/A _____, and has its

principal place of business in the State of *(name)* _____ N/A _____.

Or is incorporated under the laws of *(foreign nation)* _____ N/A _____.

and has its principal place of business in *(name)* _____ N/A _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Crime Victim Compensation maximum in WI $40K for each defendant especially against Tiffany Topp for her repeated acts of stalking & if its found these others mentioned are committing crimes against me also then CVC for each of them & IA CVC for David Flores from IA. I have no relation to that David in IA.

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Tiffany Topp's vehicle showed up to my residence multiple times from 2018-2021. She drives a turquoise Mazda. I became familiar with her in 2016 when I was getting taxi rides from her. ~~company~~ in WI. My residence from 2018-2021 was in WI. I am not sure the residence of the other defendants, but the fraud could be happening in NJ, WI, CA, IA?

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

I have had issues with repeatedly seeing Tiffany Topp's vehicle in my driveway starting in 2018. She was behind me at a Culvers drive thru in McFarland, WI during the summer of 2022. In the last week a hispanic male walked in front of my vehicle (not in WI) & shortly after that I saw a vehicle that looked like hers. I also don't know if Qhivetta Harris & Roberto Perez & Leann Perez are part of this criminal ring trying to commit fraud/identity theft/theft starting in 2022.

I also visited ~~old~~ area late November 2024 ¿ saw what looked like Tiffany Topp coming towards me (im divest) in her vehicle ~~near~~ near a Target in a shopping mall complex.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In addition I stayed at the Vagabond Inn in Bakersfield, CA for a few nights (March 2024). My room there had a gas smell to it the first night. A red Chevy Cruze was there with IA plates ¿ an ~~Enterprise~~ Rent-A-Car moving truck. ~~A~~ woman, possibly teenager, ¿ a hispanic male were associated with the truck ¿ car I believe. I don't know if it was the David Flores ~~from IA~~, but I also saw a male ~~that~~ resembled strong ~~and~~ pictures of David Flores from IA (from the web) with a black lab dog near a park in the Sacramento, CA in March 2024. I don't know any of these people ¿ I don't want these individuals near me or contacting me.

IV.    **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The repeated acts of stalking by Tiffany Topp is upsetting because I met her in 2016. I found her behavior to be offensive. I don't know why I am repeatedly seeing her car 10 years later but its really disturbing ¿ frightening. I want an injunction against her. I also do not know Qhivetta Harris or Roberto Perez. A Leann Perez may have stolen some of my personal property in 2024 ¿ ~~one~~ one of them being my SS card. I would like financial compensation, but I would also like to press criminal charges against these individuals ¿ an injunction against all the defendants

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like an injunction against all defendants mentioned as I feel they are committing criminal acts or malicious acts against me. Jay Koritansky, an attorney in Madison, WI, copied me on an email where Qhivetta Harris' name was mentioned. Qhivetta Harris sued a Roberto Perez ¿ a Leann Perez may have been involved in theft of some of my personal property (12/~~2023~~ - 3/2024) valued at ≈ $4-6k.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/23/2025

Signature of Plaintiff    Valerie Flores

Printed Name of Plaintiff    Valerie Flores

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

NEW YORK STATE

**Address Confidentiality Program**

## Participant Identification Card

Pursuant to N.Y. Executive Law § 108, the following person is certified as a participant in the Address Confidentiality Program and is entitled to use the following substitute

**Valerie I. Flores**

ACP 5749
P.O. Box 1110
Albany, NY 12201-1110

Expiration Date: 03/15/2027